JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherwin David Partowashraf,<br><br>      Plaintiff,<br>   v.<br><br>Nassa Sons Inc. dba Anarbagh Restaurant,<br><br>      Defendant. | Case No. 2:23-cv-01670-JFW-PVCx<br><br>**COURT JUDGMENT AFTER DEFAULT** |

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that:

Plaintiff Sherwin David Partowashraf shall have a judgment entered in his favor in the amount of **$14,618.24** ($8,000 in statutory damages + $6,000 in attorneys' fees + $618.24 in costs) against Defendant Nassa Sons Inc., d/b/a Anarbagh Restaurant.

In addition, Defendant Nassa Sons Inc., d/b/a Anarbagh Restaurant ("Defendant") is hereby precluded from automatically excluding service animals from its business located at 17312 Ventura Boulevard in Encino, California. Instead, Defendant shall establish and follow a policy that prohibits the unlawful discrimination against disabled

persons with service animals in accordance with the Americans with Disability Act and the Code of Federal Regulations (including specifically 28 C.F.R. § 36.208) at its business located at 17312 Ventura Boulevard in Encino, California.  That policy shall provide that in instances where Defendant or its employees believe that admitting a disabled person with a service animal would pose a direct threat to the health and safety of others, there will be a good faith individualized assessment by Defendant and its employees, based on reasonable judgment and the best available objective evidence, to ascertain the nature, duration, and severity of the risk; the probability that the potential injury will actually occur; and whether reasonable modifications of policies, practices, or procedures or the provision of auxiliary aids or services will mitigate the risk. Defendant shall establish and follow the policy and procedures required by this judgment within 180 days of service of this judgment upon it.

IT IS SO ORDERED.

Dated: March 6, 2024

Hon. John F. Walter
United States District Court